

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES WHITE, III, INDIVIDUALLY and AS TRUSTEE OF THE JANE WHITE TRUST and JAMES E. WHITE IV, INDIVIDUALLY and AS A BENEFICIARY OF THE JANE WHITE TRUST and THE WHITE CHILDRENS TRUSTS; MARTI WHITE WRIGHT, INDIVIDUALLY and AS A BENEFICIARY OF THE JANE WHITE TRUST and THE WHITE CHILDRENS TRUSTS; and CLINTON WESLEY WHITE, INDIVIDUALLY and AS A BENEFICIARY OF THE JANE WHITE TRUST and THE WHITE CHILDRENS TRUSTS, BY and THROUGH HIS NEXT-FRIEND, JAMES E. WHITE, IV, | § § § § § § § § § § | No. 08-25-00036-CV<br><br>Appeal from the<br><br>394th District Court<br><br>of Presidio County, Texas<br><br>(TC# 7856A) |
| Appellants, | § | |
| v. | § | |
| EDWARD MCMINN WHITE, INDIVIDUALLY and AS TRUSTEE OF THE EDWARD MCMINN WHITE TRUST, and BEAUREGARD BRITE WHITE, INDIVIDUALLY and AS TRUSTEE OF THE BEAUREGARD BRITE WHITE TRUST, | § § § § | |
| Appellees. | § | |

## <u>MEMORANDUM OPINION</u>

Appellant James E. White III and Intervenor Appellants James E. White IV, Marti White Wright, and Clinton Wesley White filed motions asking the Court to dismiss this appeal in its entirety. *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant).

We grant the motions and dismiss this appeal. Costs of the appeal are taxed against the party incurring the same. *See* Tex. R. App. P. 42.1(d).


LISA J. SOTO, Justice

April 28, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.